IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| Alfred C. Lombardelli, | ) | No. CV 08-658-JMR |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| K. Halsey, et. al., | ) | |
| Defendants. | ) | |

Pending is Petitioner's "Motion for Removal of Exhibits From Prior Pleading and Attach to Changed Pleading" (Doc. #25). Local Rule 15-220 allows a court to give permission for the removal of any exhibit or exhibits attached to a prior pleading in order that the same may be attached to an amended pleading.

Accordingly,

**IT IS ORDERED** that Petitioner's motion (Doc. #25) is **GRANTED**. Pursuant to Petitioner's motion, the Clerk of Court must:

(1) Transfer Exhibits A-F from Plaintiff's original Complaint (Doc. #1) to Plaintiff's Second Amended Complaint (Doc. #18) and attach them as "Exhibits A-F."

(2) Transfer Exhibit H from the original Complaint to the Second Amended Complaint and attach it as an "Appendix."

1      (3) Attach Exhibit G, which is currently lodged in Petitioner's July 17, 2009 filing
2 (Doc. #24), to the Second Amended Complaint.
3      DATED this 17th day of March, 2010.

_____
John M. Roll
Chief United States District Judge