# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED C. LOMBARDELLI,<br><br>          Plaintiff,<br><br>    v.<br><br>K. HALSEY, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:08-CV-00658-AWI-DLB PC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER<br><br>(DOC. 71)<br><br>DISPOSITIVE MOTION DEADLINE JANUARY 13, 2012 |

     Plaintiff Alfred C. Lombardelli ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Carter, Halsey, Ortiz, Sanchez, Smyth, and R. Vogel. Pending before the Court is Defendants' motion to modify the scheduling order, filed December 12, 2011. The matter is submitted pursuant to Local Rule 230(l).

     Good cause is required to modify the Court's schedule. Fed. R. Civ. P. 16(b)(4). The Court finds good cause has been presented by Defendants. Accordingly, it is HEREBY ORDERED that Defendants' motion to modify the scheduling order, filed December 12, 2011, is granted. The dispositive motion deadline is January 13, 2012.

     IT IS SO ORDERED.

Dated:   **January 26, 2012**                  /s/ **Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE