# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED C. LOMBARDELLI,<br><br>         Plaintiff,<br><br>    v.<br><br>K. HALSEY, et al.,<br><br>         Defendants. | Case No. 1:08-cv-00658-AWI-DLB PC<br><br>**ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER SETTLEMENT CONFERENCE WOULD BE BENEFICIAL**<br><br>TWENTY DAY DEADLINE |

Plaintiff Alfred C. Lombardelli ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint against Defendants Ortiz, Halsey, Smyth, Carter, and Vogel for violation of the First and Eighth Amendments.

Within **twenty (20) days** from the date of service of this order, Plaintiff and Defendants are each to file a written response indicating whether they would agree to participate in a settlement conference. If both parties agree, the Court will issue a further scheduling order setting this matter for settlement conference before a Magistrate Judge or District Judge from the United States District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:   **April 2, 2013**                       /s/ *Dennis L. Beck*
                                               UNITED STATES MAGISTRATE JUDGE

1