# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ALFRED C. LOMBARDELLI,

       Plaintiff,                   Case No. 1:08-cv-00658-AWI-DLB PC

    v.

K. HALSEY, et al.,

                               **ORDER & WRIT OF HABEAS CORPUS**
       Defendant.             **AD TESTIFICANDUM**

       Alfred Clifford Lombardelli, CDCR # B-96148, a necessary and material witness in proceedings in this case on June 14, 2013, is confined in R.J. Donovan Correctional Facility (RJD), 480 Alta Road, San Diego, California 92179, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Stanley A. Boone , Courtroom #9 at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721, on Friday, June 14, 2013 at 10:30 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference, at the time and place above, until completion of the settlement conference or as ordered by Judge Stanley A. Boone; and

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, RJD, 480 Alta Road, San Diego, California 92179:**

       **WE COMMAND** you to produce the inmate named above to testify before Judge Boone at the time and place above, until completion of the settlement conference or as ordered by Judge Boone.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

    IT IS SO ORDERED.

    Dated:   **April 19, 2013**                 /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE