# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED C. LOMBARDELLI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. HALSEY, et al.,<br><br>　　　　Defendants. | Case No. 1:08-cv-00658-AWI-DLB PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO APPEAR REMOTELY FOR SETTLEMENT CONFERENCE**<br><br>ECF No. 111 |

　　　　Plaintiff Alfred C. Lombardelli ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's complaint against Defendants Ortiz, Halsey, Smyth, Carter, and Vogel for violation of the First and Eighth Amendments.  This action is set for settlement conference in the Fresno Division of the Eastern District of California before United States Magistrate Judge Stanley A. Boone on June 14, 2013.

　　　　Pending before the Court is Plaintiff's motion requesting to appear by telephone for the settlement conference, filed May 13, 2013.  ECF No. 111.  Plaintiff is currently incarcerated at Richard J. Donovan Correctional Facility in San Diego, California.  Plaintiff contends that allowing Plaintiff to appear remotely would be in the interest of judicial economy and avoid the costs of transportation.  Plaintiff further contends that his present programming efforts would be interrupted. Plaintiff is a facilitator for a Criminals & Gangmembers Anonymous and Narcotics Anonymous.

1 | Plaintiff is also a tutor for GED classes.
2 |     Plaintiff presents no good cause to appear remotely. It is the Court's experience that
3 | settlement is better facilitated through in-person conferences. Accordingly, it is HEREBY
4 | ORDERED that Plaintiff's motion is denied.
7 | IT IS SO ORDERED.
8 |   Dated:   **May 23, 2013**                                 /s/ *Dennis L. Beck*
9 |                                                 UNITED STATES MAGISTRATE JUDGE