# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED C. LOMBARDELLI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. HALSEY, et al.<br><br>　　　　　Defendants. | Case No.  1:08-cv-00658-AWI-DLB<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO ALFRED C. LOMBARDELLI |

　　　　Plaintiff Alfred C. Lombardelli, CDCR # B-96148, attended the settlement conference in the above-captioned matter on June 14, 2013.  The settlement conference has concluded and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED and Plaintiff shall be forwith transported back to his location.

IT IS SO ORDERED.

　Dated:　**June 14, 2013**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1