UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED C. LOMBARDELLI,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>K. HALSEY, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:18-CV-0658 AWI DLB PC<br><br>ORDER MOVING TELEPHONIC TRIAL CONFIRMATION HEARING FROM MARCH 10, 2014 TO MARCH 12, 2014 AT 1:30 P.M. |

　　　The telephonic trial confirmation hearing in this matter has been set for March 10, 2014 at 3:00 p.m.  Given other scheduled hearings also set for March 10, 2014, the Court finds it necessary to continue this hearing until Wednesday, March 12, 2014, at 1:30 p.m.  Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at (559) 499-5669.

　　　Accordingly, the March 10, 2014 telephonic trial confirmation hearing is VACATED and is reset for March 12, 2014, at 1:30 p.m.

IT IS SO ORDERED.

Dated:  March 7, 2014　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE