KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Carter, Halsey, Ortiz, Smyth, and Vogel*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ALFRED C. LOMBARDELLI,**<br><br>                                        Plaintiff,<br><br>              v.<br><br>**K. HALSEY, et al.,**<br><br>                                        Defendants. | No. 1:08-cv-0658 AWI-DLB (PC)<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND PROPOSED ORDER**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Alfred C. Lombardelli and Defendants Carter, Halsey, Ortiz, Smyth, and Vogel stipulate to the voluntary dismissal of this action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

Each party is to bear his own costs, fees, or expenses.  There is no prevailing party in this action.

IT IS SO STIPULATED.

Dated:  April 15, 2014                                       */s/ Alfred C. Lombardelli*

                                                    Alfred C. Lombardelli
                                                    Plaintiff pro se

Dated:  April 4, 2014                                         */s/ Diana Esquivel*

                                                      Diana Esquivel
                                                      Deputy Attorney General
                                                      *Attorneys for Defendants*

## **ORDER**

Based on the parties' stipulation, this action is dismissed with prejudice.  The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:   June 2, 2014                                         _____
                                                         SENIOR  DISTRICT  JUDGE

Stipulation and Order for Voluntary Dismissal with Prejudice  (1:08-cv-0658 AWI-DLB)